# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| CHERYL EDENFIELD, as Legal Guardian and Next Friend of QUINCY EDENFIELD, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV422-146-WTM |
| HISCOX, INC., HISCOX INSURANCE COMPANY INC., LLOYD'S AMERICA, INC., d/b/a Certain Underwriters at Lloyd's, London, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| CATHERINE MOORE, as Legal Guardian and Next Friend of JONATHAN MOORE, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV422-147-WTM |
| HISCOX, INC., HISCOX INSURANCE COMPANY, INC., LLOYD'S AMERICA, INC., d/b/a Certain Underwriters at Lloyd's, London, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

1

| | | |
|---|---|---|
| SADIE EDWARDS, as Legal Guardian and Next Friend of ADAM EDWARDS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV422-148-RSB |
| HISCOX, INC., HISCOX INSURANCE COMPANY, INC., LLOYD'S AMERICA, INC., d/b/a Certain Underwriters at Lloyd's, London, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. AH00000154-01, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CV422-035-RSB |
| CHERYL EDENFIELD as Mother and as Legal Guardian of QUINCY EDENFIELD, an Incapacitated Adult; SADIE EDWARDS, as Mother and as Legal Guardian of ADAM EDWARDS, an Incapacitated Adult; and CATHERINE MOORE, as Next of Kin and as Legal Guardian of JONATHAN MOORE, an Incapacitated Adult, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

2

## **ORDER**

Certain Underwriters at Lloyd's, London ("Underwriters") filed a declaratory judgment action in this Court seeking a coverage determination related to three default judgments entered by the State Court of Liberty County, Georgia. *Certain Underwriters at Lloyd's, London Subscribing to Policy No. AH00000154-01 v. Edenfield, et al.*, CV422-035 (the "Coverage Action"). Meanwhile, the three defendants in the Coverage Action, who hold the default judgments, each filed their own lawsuits against Underwriters and related entities in the State Court of Liberty County, Georgia. Underwriters then removed those three cases to this Court based on alleged diversity of citizenship. *See Edenfield v. Hiscox, Inc., et al.*, CV422-146; *Moore v. Hiscox, Inc., et al.*, CV422-147; *Edwards v. Hiscox, Inc., et al.*, CV422-148 (the "Removed Actions").

Underwriters has moved in the Coverage Action and in each of the Removed Actions for reassignment to the same District Judge and for consolidation of all four cases. *See* CV422-146, doc. 10; CV422-147, doc. 9; CV422-148, doc. 11; CV422-035, doc. 29. Those motions are pending before the District Judge currently assigned to each case. *Id.*

3

Additionally, the defendants in the Coverage Action have filed a motion to dismiss Underwriters' complaint, CV422-035, doc. 12, and both Hiscox, Inc. and Lloyd's America, Inc. have filed motions to dismiss in each of the Removed Actions, CV422-146, docs. 9, 14, & 15; CV422-147, docs. 8, 12, & 13; CV422-148, docs. 9, 18, & 19.  The defendants also seek a stay of discovery in the Coverage Action, which Underwriters opposes.  *See* CV422-035, docs. 22, 25, & 31.

Considering the pending motion to consolidate, and the pending dispositive motions in each case, the Court *sua sponte* **STAYS** all discovery deadlines in the above-captioned cases.  *See Landis v. North American Co.*, 299 U.S. 248, 254 (1936) (the power of a trial court to stay an action is "incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.").  The Clerk is **DIRECTED** to lift the stay upon entry of the district judge's Order on the last of the pending Motions to Reassign Case and Consolidate Cases.  *See* CV422-146, doc. 10; CV422-147, doc. 9; CV422-148, doc. 11; CV422-035, doc. 29.  Within fourteen days of the lift of the stay, the parties are **DIRECTED** to confer

4

and submit a Rule 26(f) Report in whichever cases remain pending at that time.

The Clerk is **DIRECTED** to terminate the Rule 26(f) Report in the Coverage Action.  CV422-035, doc. 20.  The defendants' motion to stay in the Coverage Action is **DISMISSED** as moot.  CV422-035, doc. 22.

**SO ORDERED**, this 6th day of July, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA