# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | | |
|---|---|---|
| SADIE EDWARDS, as | ) | |
| Legal Guardian and Next | ) | |
| Friend of ADAM EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV422-148 |
| | ) | |
| HISCOX, INC., HISCOX | ) | |
| INSURANCE COMPANY INC., | ) | |
| LLOYD'S AMERICA, INC., | ) | |
| d/b/a Certain Underwriters at | ) | |
| Lloyd's, London, and CERTAIN | ) | |
| UNDERWRITERS AT | ) | |
| LLOYD'S, LONDON, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff filed this action in the State Court of Liberty County, Georgia, and attached as Exhibit 7 a copy of a contract containing a confidentiality provision. *See* doc. 16 at 1. The state court entered an Order placing the document under seal for an initial period of 30 days. Doc. 16-1. Plaintiff now moves, with the defendants' consent, for an Order maintaining Exhibit 7 under seal for an additional 30 days while she works on an agreement to "remove or otherwise work around the confidentiality provision." Doc. 16 at 2.

While the public enjoys a well-established common law right to judicial proceedings, this right "may be overcome by a showing of good cause, which requires 'balanc[ing] the asserted right of access against the other party's interest in keeping the information confidential.'" *Romero v. Drummond Co., Inc.*, 480 F.3d 1234, 1246 (11th Cir. 2007) (quoting *Chi. Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1309 (11th Cir. 2001)).   "A party's privacy or proprietary interest in information sometimes overcomes the interest of the public in accessing the information." *Id.*

Plaintiff has demonstrated good cause to maintain Exhibit 7 to the Complaint under seal, considering the agreement contains an obligation to keep it confidential, and considering the limited duration of the sealing.  Doc. 16 at 1.  Therefore, Plaintiff's Consent Motion to Extend Temporary Seal of Exhibit 7 to Plaintiff's Complaint is **GRANTED**.  Doc. 16.  The Clerk is **DIRECTED** to maintain Exhibit 7 to the Complaint under seal for 30 days from the date of this Order.

**SO ORDERED,** this 6th day of July, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2