AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

SADIE EDWARDS, as legal guardian and next friend of Adam Edwards,

Plaintiff,

v.

HISCOX, INC.; HISCOX INSURANCE COMPANY INC.; LLOYD'S AMERICA, INC., d/b/a Certain Underwriters at Lloyd's London; and CERTAIN UNDERWRITERS AT LLOYD'S LONDON,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-148

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with Court's Order dated December 2, 2022, this case is remanded to the State Court of Liberty County. Plaintiff's request for attorney's fees is denied. This case stands closed.



Approved by: _____

December 12, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020